**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| A/Z CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MATT CARR ELECTRIC LLC and MATTHEW R. CARR,<br><br>Defendants. | CIVIL ACTION<br>Docket No: |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff A/Z Corporation hereby states that:

1. A/Z Corporation is a wholly owned subsidiary of its parent company, Cianbro Corporation; and,

2. No publicly traded company holds any stock in A/Z Corporation or Cianbro Corporation.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff A/Z Corporation hereby states that the citizenship attributed to A/Z Corporation is Connecticut.

*/s/ Matthew O. Altieri*
Matthew Altieri, Esq.
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
207-791-1100

*Attorneys for Plaintiff A/Z Corporation*

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on September 23, 2026, and that it is available for viewing and downloading from the Court's ECF system.

*/s/ Matthew O. Altieri*